In the Matter of SARAH NADLER, Respondent, against JOSEPH D. McGOLDRICK, State Rent Administrator, Constituting the Temporary State Housing Rent Commission, Appellant.

Argued November 19, 1951; decided December 7, 1951.

*Emory Gardiner* and *Robert H. Schaffer* for appellant.
*Joseph Slipyan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.